**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Prime Marketing Holdings, L.L.C.,<br><br>Defendant. | Case No. 2:16-cv-07111-BRO<br><br>**ORDER** |

It is hereby ORDERED that the Plaintiff's Ex Parte Application to Continue Hearing Date is GRANTED and the hearing on Defendant's Motion to Dismiss is rescheduled for Monday, November 14, 2016 at 1:30 p.m., Courtroom 14, 312 N. Spring Street, Los Angeles, CA 90012.

**IT IS HEREBY ORDERED**

Dated: October 12, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE