**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Prime Marketing Holdings, L.L.C.,<br><br>Defendant. | Case No. 2:16-cv-07111-BRO<br><br>**ORDER** |

It is hereby ORDERED that the Plaintiff's Ex Parte Application to Continue Hearing Date is GRANTED and the hearings on Defendant's Motion for Reconsideration (ECF No. 34), Motion to Dismiss (ECF No. 39), and Request for Judicial Notice (ECF No. 40) are rescheduled for Monday, January 23, 2017 at 1:30 p.m., Courtroom 7C, 350 W. First Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

DATED: December 15, 2016

By: ______________________________
Honorable Beverly R. O'Connell
United States District Court Judge